NUMBER 13-06-506-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


___________________________________________________________________


ERMILO BARRIENTS, Appellant,


v.



BEEVILLE INDEPENDENT SCHOOL DISTRICT, Appellee.

___________________________________________________________________


On appeal from the 36th District Court 


of Bee County, Texas


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion Per Curiam



 Appellant, ERMILO BARRIENTS, attempted to perfect an appeal from a judgment
entered by the 36th District Court of Bee County, Texas, in cause number B-05-1419-CV-A. Judgment in this cause was signed on August 8, 2006. No timely motion for
new trial was filed. Pursuant to Tex. R. App. P. 26.1, appellant's notice of appeal was
due on September 7, 2006, but was not filed until September 11, 2006. 

 Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court's letter, the appeal would be
dismissed. To date, no response has been received from appellant.

 The Court, having examined and fully considered the documents on file,
appellant's failure to timely perfect his appeal, and appellant's failure to respond to this
Court's notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM

Memorandum Opinion delivered and filed 

this the 2nd day of November, 2006.